UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

In re: Mortgage Foreclosure Cases            )            Misc. No. 11-mc-88-M-LDA

### ADDENDUM TO RECOMMENDATION OF DISMISSAL

This addendum is filed in response to John Ennis's motion for an extension of time to show cause why *CA 11-585 Pires v. Regions Bank et al* should not by dismissed for failure to pay delinquent Use and Occupancy fees (see ECF filing #1993). This is the Plaintiff's second request for an extension of the show cause period (see ECF filing #1927). As of February 7, 2013, the Plaintiff has failed to pay Use and Occupancy fees for the months of December, January, and February, for a total arrearage of $1,980.

In addition, the Plaintiff was previously ordered to submit certain documents to opposing counsel no later than December 28, 2012. As of February 7, 2013, the requested documents have not been submitted.

Respectfully submitted,

_____          2/7/13
Barbara Hurst                                              Date
Deputy Special Master